# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  KINYANNA T. JOHNSON                                           Case Number: 07-71974
1413 ANDREWS STREET, APT. B              SSN-xxx-xx-4666
ROCKFORD, IL  61101

|  |  |  |
|---|---|---|
| Case filed on: | 8/21/2007 |
| Plan Confirmed on: | 12/10/2007 |

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan:  $300.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 210.38 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 210.38 | 0.00 |
| 999 | KINYANNA T. JOHNSON | 0.00 | 0.00 | 75.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 75.00 | 0.00 |
| 001 | AAA COMMUNITY FINANCE | 514.91 | 514.91 | 0.00 | 0.00 |
| 002 | ACCOUNT RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ACE AMERICA'S CASH EXPR | 607.14 | 607.14 | 0.00 | 0.00 |
| 004 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICA CASH EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COTTONWOOD FINANCIAL | 694.69 | 694.69 | 0.00 | 0.00 |
| 008 | CASH LOAN STORE | 250.00 | 250.00 | 0.00 | 0.00 |
| 009 | CAVALRY PORTFOLIO SERVICES LLC | 543.60 | 543.60 | 0.00 | 0.00 |
| 010 | CHECK IT | 91.60 | 91.60 | 0.00 | 0.00 |
| 011 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SWEDISH AMERICAN HOSPITAL | 7,702.41 | 7,702.41 | 0.00 | 0.00 |
| 015 | FRIEDMAN & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | HUNDREDFOLD FINANCIAL RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | K.C.A. FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MASTERCHECK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MMCC | 1,335.24 | 1,335.24 | 0.00 | 0.00 |
| 021 | MIDLAND CREDIT MANAGEMENT INC | 1,219.72 | 1,219.72 | 0.00 | 0.00 |
| 022 | MONEY RECOVERY NATIONWIDE | 1,417.00 | 1,417.00 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT SERVICES | 7,702.64 | 7,702.64 | 0.00 | 0.00 |
| 024 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | R & B RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RECEIVABLES PERFORMANCE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD MERCANTILE AGENCY INC | 7,451.59 | 7,451.59 | 0.00 | 0.00 |
| 028 | ROYCE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SECURITY FINANCE | 363.00 | 363.00 | 0.00 | 0.00 |
| 030 | THE AFFILIATED GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | UNIQUE NATIONAL COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ROCKFORD CARDIOLOGY ASSOCIATES | 174.00 | 174.00 | 0.00 | 0.00 |
| 033 | VALENTINE & KEBARTAS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | SWEDISH AMERICAN ER PHYSICIANS | 702.10 | 702.10 | 0.00 | 0.00 |
| 035 | ASSET ACCEPTANCE CORP | 1,283.68 | 1,283.68 | 0.00 | 0.00 |
| 036 | ROUNDUP FUNDING LLC | 1,052.98 | 1,052.98 | 0.00 | 0.00 |
| 037 | ROUNDUP FUNDING LLC | 147.02 | 147.02 | 0.00 | 0.00 |
| 038 | ROUNDUP FUNDING LLC | 201.15 | 201.15 | 0.00 | 0.00 |
| 039 | ASSET ACCEPTANCE CORP | 690.07 | 690.07 | 0.00 | 0.00 |
| 040 | B-REAL LLC | 188.00 | 188.00 | 0.00 | 0.00 |
| 041 | B-REAL LLC | 169.00 | 169.00 | 0.00 | 0.00 |
| 042 | B-REAL LLC | 268.00 | 268.00 | 0.00 | 0.00 |
| 043 | B-REAL LLC | 309.00 | 309.00 | 0.00 | 0.00 |
| 044 | B-REAL LLC | 292.00 | 292.00 | 0.00 | 0.00 |
| 045 | B-REAL LLC | 876.25 | 876.25 | 0.00 | 0.00 |
| 046 | B-REAL LLC | 268.00 | 268.00 | 0.00 | 0.00 |
| 047 | B-REAL LLC | 268.00 | 268.00 | 0.00 | 0.00 |
| 048 | B-REAL LLC | 275.00 | 275.00 | 0.00 | 0.00 |
| 049 | B-REAL LLC | 304.00 | 304.00 | 0.00 | 0.00 |
| 050 | B-REAL LLC | 169.00 | 169.00 | 0.00 | 0.00 |
| 051 | B-REAL LLC | 268.00 | 268.00 | 0.00 | 0.00 |
|  | Total Unsecured | 37,798.79 | 37,798.79 | 0.00 | 0.00 |
|  | Grand Total: | 39,998.79 | 39,998.79 | 285.38 | 0.00 |

# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

| | |
|---|---|
| Total Paid Claimant: | $285.38 |
| Trustee Allowance: | $14.62 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008          By  /s/Heather M. Fagan